```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 14679
   ROY B YOON
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6131


-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 08/14/2007 and was confirmed 12/03/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   6.00%.

     The case was converted to chapter 7 after confirmation 03/06/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                 CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                 PAID           PAID
-------------------------------------------------------------------------------
RESURGENT CAPITAL SERVIC  UNSECURED         7253.51              .00            .00
AMERICAN CHARTERED BANK   CURRENT MORTG        .00               .00            .00
CHASE AUTO FINANCE        SECURED NOT I        .00               .00            .00
CHARTER ONE               UNSECURED        21729.74              .00            .00
CENTER BANK               SECURED NOT I        .00               .00            .00
CENTER BANK               UNSECURED     NOT FILED                .00            .00
STATE FARM                SECURED NOT I        .00               .00            .00
UNION EQUIPMENT CORP      SECURED NOT I        .00               .00            .00
AMERICAN EXPRESS TRAVEL   UNSECURED         3371.39              .00            .00
AMERICAN EXPRESS TRAVEL   UNSECURED          421.21              .00            .00
BANK OF AMERICA           UNSECURED     NOT FILED                .00            .00
CHARTER ONE               UNSECURED     NOT FILED                .00            .00
CHASE BANK USA NA         UNSECURED         7962.24              .00            .00
CHASE MANHATTAN           UNSECURED     NOT FILED                .00            .00
CHASE BANK USA            UNSECURED        10954.64              .00            .00
COMCAST                   UNSECURED     NOT FILED                .00            .00
COMMONWEALTH EDISON       UNSECURED     NOT FILED                .00            .00
ECAST SETTLEMENT CORP     UNSECURED         8909.90              .00            .00
MBNA AMERICA              UNSECURED     NOT FILED                .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED     NOT FILED                .00            .00
US BANK/ELAN/RETAIL PAYM  UNSECURED         2782.62              .00            .00
WASTE MANAGEMENT - RMC    UNSECURED          143.81              .00            .00
HAUSELMAN & RAPPIN        NOTICE ONLY   NOT FILED                .00            .00
CHASE                     UNSECURED     NOT FILED                .00            .00
BANK OF AMERICA           UNSECURED        25404.17              .00            .00
AMERICAN CHARTERED BANK   MORTGAGE ARRE    2267.70               .00         2267.70
COOK COUNTY TREASURER     SECURED NOT I        .00               .00            .00
CHARTER ONE               NOTICE ONLY   NOT FILED                .00            .00
CHARTER ONE               NOTICE ONLY   NOT FILED                .00            .00
CHASE AUTO FINANCE        UNSECURED         8145.82              .00            .00
ILLINOIS DEPT OF REV      PRIORITY          304.40               .00          304.40
ILLINOIS DEPT OF REV      UNSECURED           64.24              .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 14679 ROY B YOON
```

```
AT & T                       UNSECURED        NOT FILED            .00            .00
CHEMICAL DISPOSAL SERVIC     UNSECURED        NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE     UNSECURED        NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC      DEBTOR ATTY         43.00                           43.00
TOM VAUGHN                   TRUSTEE                                            178.81
DEBTOR REFUND                REFUND                                             954.09
```

Summary of Receipts and Disbursements:

|                     | RECEIPTS   | DISBURSEMENTS |
|---------------------|-----------|---------------|
| TRUSTEE             | 3,748.00  |               |
| PRIORITY            |           | 304.40        |
| SECURED             |           | 2,267.70      |
| UNSECURED           |           | .00           |
| ADMINISTRATIVE      |           | 43.00         |
| TRUSTEE COMPENSATION|           | 178.81        |
| DEBTOR REFUND       |           | 954.09        |
| TOTALS              | 3,748.00  | 3,748.00      |

　　Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 06/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE